IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon L. Ramsland,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>B. Hudson,<br><br>　　　　　Respondent. | No. CIV 24-360-TUC-CKJ (MAA)<br><br>**ORDER** |

On October 28, 2024, Magistrate Michael A. Ambri issued a Report and Recommendation (Doc. 11) in which he recommends the Court deny the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) ("Petition") (Doc. 1) filed by Petitioner Shannon L. Ramsland ("Ramsland") as Ramsland is not entitled to have "his First Step Act time credits applied to his sentence because he does not have a low or minimum recidivism risk score." R&R (Doc. 11, p. 5).

The Report and Recommendation advised the parties that, pursuant to 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b)(2), any party may serve and file written objections within fourteen (14) days after being served with a copy of the Report and Recommendation. No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1).

A review of the docket indicates the mailing which included the Report and Recommendation has been returned as "refused/unable to forward." Further, as asserted in the Answer and confirmed by a review of the Bureau of Prisons ("BOP") locator, Ramsland is not in BOP custody. The Court has previously advised Ramsland he "must file and serve

1. a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action." July 29, 2024, Order (Doc. 3, p.2). As Ramsland has not submitted a Notice of Change of Address, the Court will review the Petition, Answer, and Report and Recommendation despite the docket not showing Ramsland has received a copy of the Report and Recommendation.

After an independent review, the Court finds it is appropriate to adopt the Report and Recommendation and deny the Petition.

Accordingly, IT IS ORDERED:

1. The Report and Recommendation (Doc. 11) is ADOPTED.

2. The Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) (Doc. 1) is DENIED.

3. The Clerk of the Court shall enter judgment and shall then close its file in this matter.

4. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists could not "debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Close v. Thomas*, 653 F.3d 970, 974 n. 2 (9th Cir. 2011) ("COA is not required to appeal the denial of a § 2241 petition filed by a person in federal custody").

DATED this 9th day of December, 2024.

_____
Cindy K. Jorgenson
United States District Judge